# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

YEFERSON AMAYA-DIAZ,

Petitioner,

v.

WARDEN OF THE MESA VERDE
DETENTION FACILITY, et al.,

Respondents.

Case No. 1:26-cv-01631-KES-SAB-HC

FINDINGS AND RECOMMENDATION TO
GRANT PETITION FOR WRIT OF
HABEAS CORPUS

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

**I.**

**BACKGROUND**

Petitioner is a noncitizen currently detained pending removal proceedings. (ECF No. 1 at 2.[1]) The petition alleges that Petitioner was detained at the Intensive Supervision Appearance Program ("ISAP") office after being called in to report in person. (Id. at 5–6.)

On February 26, 2026, Petitioner filed a petition for writ of habeas corpus, raising a prolonged detention due process claim. (ECF No. 1.) On February 27, 2026, the Court "construed [the petition] as raising claims challenging Petitioner's re-detention and the statutory authority of Petitioner's detention" and ordered Respondents to file a response to the petition

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

1

"addressing whether this case is distinguishable from those cases in which this Court has granted habeas relief" within twenty-one days. (ECF No. 7 at 1, 2 (emphasis deleted).) To date, no response to the petition has been filed, and the time for doing so has passed.

## II.

## DISCUSSION

As Respondents have failed to file a response to the petition and thus, have not made any new legal arguments and have not identified any factual or legal issues in this case that would distinguish it from the Court's prior decisions granting habeas relief, the Court recommends granting the petition for writ of habeas corpus on the construed due process claim challenging Petitioner's re-detention for the reasons addressed in Clene C.D. v. Robbins, No. 1:25-CV-01463-KES-SKO (HC), 2026 WL 84302 (E.D. Cal. Jan. 12, 2026); R.A.N.O. v. Wofford, No. 1:25-cv-01535-KES-EPG (HC), 2026 WL 40507 (E.D. Cal. Jan. 6, 2026); Bilal A. v. Wofford, No. 1:25-CV-01715-KES-HBK (HC), 2025 WL 3648366 (E.D. Cal. Dec. 16, 2025); Elmer Joel M. C. v. Wofford, No. 1:25-CV-01622-KES-CDB (HC), 2025 WL 3501200 (E.D. Cal. Dec. 6, 2025); Omer G. G. v. Kaiser, No. 1:25-cv-01471-KES-SAB (HC), 2025 WL 3254999 (E.D. Cal. Nov. 22, 2025); and W.V.S.M. v. Wofford, No. 1:25-CV-01489-KES-HBK (HC), 2025 WL 3236521 (E.D. Cal. Nov. 19, 2025).[2]

## III.

## RECOMMENDATION

Based on the foregoing, the Court HEREBY RECOMMENDS that:

1. The petition for writ of habeas corpus be GRANTED on the construed due process claim challenging Petitioner's re-detention.

2. Respondents be directed to release Petitioner immediately.

3. Respondents be enjoined and restrained from re-detaining Petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that Petitioner is a flight risk or danger to the community such that his physical custody is legally justified.

---

[2] In light of this conclusion, the Court declines to address Petitioner's prolonged detention claim.

2

This Findings and Recommendation is submitted to the assigned United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within **FOURTEEN (14) days** after service of the Findings and Recommendation, any party may file written objections with the Court, **limited to fifteen (15) pages in length, including any exhibits**. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." Replies to the objections shall be served and filed within fourteen (14) days after service of the objections. The assigned District Judge will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:    **March 25, 2026**

STANLEY A. BOONE
United States Magistrate Judge